PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:02CR05101-02 AWI** |
| ) | |
| **JOAQUIN URIOSTEQUI** ) | |
| ) | |

On July 12, 2004, the above-named was placed on probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**

Dated:   March 3, 2006
         Bakersfield, California
         LES:ks

**REVIEWED BY:**   /s/ Rick C. Louviere
                   **RICK C. LOUVIERE**
                   **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Joaquin URIOSTEQUI**
**Docket Number:   1:02CR05101-02 AWI**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.


IT IS SO ORDERED.

**Dated:   March 6, 2006**                         **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE